UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 18-2117 (DLF) |
| DEPARTMENT OF STATE, ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 5, 2021 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

Defendant Department of State (the "Department") informed the Court in the parties' October 5, 2021 Joint Status Report (ECF No. 25) that the Department anticipated making its next two releases by October 21, 2021 and December 2, 2021, respectively. On October 21, 2021, the Department made an interim release to Plaintiff, consisting of 165 records released in full and 14 records released in part. The Department also informed Plaintiff that it withheld one record in full. On December 2, 2021, the Department made an interim release to Plaintiff, consisting of 365 records released in full and 67 records released in part. The Department also informed Plaintiff that it withheld 17 records in full.

As the Department previously reported, on June 10, 2021, the Office of Management and Budget and Office of Personnel Management issued updated guidance to federal agencies concerning physical occupancy of workplaces. While the guidance lifted certain Government-wide occupancy limits, agencies were directed to, inter alia, complete their phased plan for reentry prior

- 2 -

to increasing the number of employees into the physical workplace. The Department will continue to follow a staged re-entry approach. However, as of the date of this filing, the Department's FOIA workforce has not yet returned to its pre-pandemic on-site work posture and the majority of FOIA personnel continue to work remotely, limiting their access to the Department's classified systems. The Department will continue to make a release every six weeks while it remains in its current posture. The Department anticipates making its next two releases by January 13, 2022 and February 24, 2022, respectively.

Accordingly, the parties respectfully propose that they file another joint status report by February 7, 2022, updating the Court on the Department's operational status and the processing of Plaintiff's FOIA request.

Respectfully submitted,

| | |
|---|---|
| /s/ David L. Sobel | MATTHEW M. GRAVES, D.C. Bar #481052 |
| DAVID L. SOBEL, D.C. Bar No. 360418 | United States Attorney |
| 5335 Wisconsin Avenue, NW | |
| Suite 640 | BRIAN P. HUDAK |
| Washington, DC 20015 | Acting Chief, Civil Division |
| (202) 246-6180 | |
| sobel@att.net | |
| | By:   /s/ Michael A. Tilghman II |
| *Attorney for Plaintiff* |         MICHAEL A. TILGHMAN II |
| |         D.C. Bar No. 988441 |
| |         Assistant United States Attorney |
| |         U.S. Attorney's Office, Civil Division |
| |         555 Fourth Street, NW |
| |         Washington, DC 20530 |
| |         (202) 252-7113 |
| |         Michael.Tilghman@usdoj.gov |
| | *Attorneys for the United States of America* |

Dated: December 6, 2021